NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE ANTONIO COSSIO, JR.,**
*Plaintiff-Appellant,*

**v.**

**Michael B. Donley, SECRETARY OF THE AIR FORCE AND DEPARTMENT OF THE AIR FORCE,**
*Defendants-Appellees.*

---

2012-1662

---

Appeal from the United States District Court for the Northern District of Illinois in No. 11-CV-9178, Judge Harry D. Leinenweber.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Jose Antonio Cossio, Jr. moves unopposed to withdraw his motion to stay the appeal. Cossio also moves for an extension to file his reply brief, and for leave to file a reply brief of up to 7,000 words.

A copy of the reply brief is attached to Cossio's motion for leave.

2                                          JOSE COSSIO v. AIR FORCE

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw Cossio's motion to stay is granted.

(2)  Cossio's motion for an extension of time is granted.

(3)  Cossio's motion for leave is granted.  The reply brief attached to the motion for leave is accepted for filing.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25